IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00125-RPM

JOHN KLISH,

                    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

        Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE

_____


        Pursuant to the Notice of Disqualification [7] filed by Magistrate Judge Gudrun J.

Rice on January 30, 2008, it is

        ORDERED that this Court's Order of Reference to Magistrate Judge [4] entered

on January 22, 2008, is vacated.

        Dated: February 1, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge