IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00125-RPM

JOHN KLISH,

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Pursuant to the unopposed motion to reschedule the scheduling conference [11] filed on March 20, 2008, the scheduling conference set for March 27, 2008, is vacated. The conference is **rescheduled for May 1, 2008, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: March 21, 2008