IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.     08-cv-00125-RMP-GJR

JOHN KLISH

       Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATI0N

.       Defendant.

**ORDER REGARDING MOTION TO AMEND SCHEDULING ORDER**

THIS MATTER comes before the Court on the Motion to Amend the Scheduling Order. Having reviewed this motion, all responsive pleadings and being fully advised on the matter the Court grants said motion. The plaintiff has shown good cause for modification of the scheduling order. For this reason the court modifies the deadlines in the scheduling order as follows:

October 31, 2008:    Expert Disclosure (except vocational, economic, and damages experts) for the party bearing the burden of proof on a claim or defense.

November 30, 2008:    Expert Disclosure (except vocational, economic, and damages experts) for the party not bearing the burden of persuasion on a claim or defense.

January 15, 2009:    Expert Disclosure of contradicting experts.

February 28, 2009:    Discovery Cut-off.

March 31, 2009:    Dispositive Motion Deadline.

DATED this 15th day of August, 2008.

        **BY THE COURT:**

        **s/Richard P. Matsch**

        _____

        Richard P. Matsch, Senior Judge