IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00125-RPM-BNB

JOHN KLISH,

Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

Defendant.

---

**ORDER**

---

      I am informed that this case has been resolved. Accordingly,

      IT IS ORDERED that on or before **October 2, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated September 18, 2008.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge