IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00125-RPM-BNB

JOHN KLISH,

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

Pursuant to the Joint Stipulation for Dismissal with Prejudice and Fed.R.Civ.P. 41(a)(1)(ii), it is

ORDERED that this civil action is dismissed with prejudice and each party will bear their own costs and attorneys' fees.

Dated: October 16, 2008

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge